# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                          CASE NO. 2:25-cr-20075-HLT-ADM

PEDRO MORENO-DUENAS,

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### ILLEGAL ALIEN IN POSSESSION OF A FIREARM
### [18 U.S.C. § 922(g)(5)]

On or about January 28, 2025, in the District of Kansas, the defendant,

**PEDRO MORENO-DUENAS,**

knowing he was an alien (that is, a person who is not a citizen or national of the United States) illegally and unlawfully in the United States, knowingly possessed a Bryco Arms, Model Jennings Nine, 9 mm pistol, with serial number 1361996, a firearm, in and affecting interstate and foreign commerce.

1

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT 2

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & (b)(1)(A)]

On or about February 3, 2025, in the District of Kansas, the defendant,

**PEDRO MORENO-DUENAS,**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### FORFEITURE NOTICE

1. The allegations contained in Counts 1- 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses identified in Counts 1 – 2 of this Indictment, the defendant,

**PEDRO MORENO-DUENAS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in or involved in the commission of the offenses, including, but not limited to the following:

   a. a Bryco Arms, Model Jennings Nine, 9 mm pistol, with serial number 1361996; and

      b. assorted ammunition, seized by the Kansas Bureau of Investigation, on January 28, 2025.

3. Upon conviction of the offense identified in Count 2 of this Indictment, the defendant,

**PEDRO MORENO-DUENAS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

      a. a Bryco Arms, Model Jennings Nine, 9 mm pistol, with serial number 1361996;
      b. assorted ammunition, seized by the Kansas Bureau of Investigation, on January 28, 2025; and
      c. A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by the defendant.

4. If any of the property described above, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p).

                A TRUE BILL.

September 24, 2025        s/Foreperson
DATE            FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Trent M. Krug*
Trent M. Krug
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Trent.Krug@usdoj.gov
Ks. S. Ct. No. 19454

By: /s/ *Taylor Hines*
Taylor Hines
Special Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Taylor.Hines@usdoj.gov
Ks. S. Ct. No. 28101

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

**Count 1: Illegal Alien in Possession of a Firearm, 18 U.S.C. §§ 922(g)(5) & 924(a)(2).**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2: Distribution of Methamphetamine (more than 50 grams), 21 U.S.C. §§ 841(a)(1) & (b)(1)(A).**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after two prior convictions for a serious felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than twenty-five (25) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.